UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-24057-RNS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**ANDREA'S BEAUTY SUPPLY, INC.,**
**a Florida for-profit corporation,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

    Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize and have executed the parties' settlement agreement and to file the appropriate document dismissing the case with prejudice.

    DATED: January 27, 2023.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, 2023, a true and correct of the foregoing was electronically filed and was served via regular U.S. Mail and email on the Defendant as follows:

Sandra I. Bermudez, Registered Agent
ANDREA'S BEAUTY SUPPLY, INC.
3557 NW 79th Avenue
Doral, FL  33122
Email:  sandra@andreasupply.com

                                               /s/ *Roderick V. Hannah*
                                                     Roderick V. Hannah